

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION
AT MACON, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS

Date:  7/7/2022                     Hearing:  Motion to Suppress

Judge:  Hugh Lawson                 Reporter:  Tammy DiRocco

Courtroom Deputy:  Nora Paul        Law Clerk:  Amanda Smith

Case Number:  7:21-cr-50-HL

USA                                 Counsel:  Robert McCullers

V

Thomas Singletary                   Counsel:  Tim Saviello

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter for an official transcript.*

Time in Court: 1 hr 16 minutes

11:14 – Convene.  Opening remarks by the Court.
11:15 - Deft's Motion to Suppress Evidence.  Introduction and outline by the Govt.
11:21 – Govt calls 1st witness, Peyton Griffin.
11:38 – Cross.
11:47 – Redirect.
11:48 – Govt calls 2nd witness, Kenny Busby.
11:58 – Cross.
12:12 – Govt calls 3rd witness, Jeremy Marquez.
12:17 – Cross.
12:22 – Redirect.
12:23 – Govt argument.
12:27 – Deft argument.
12:30 – Motion to Suppress is denied from the Bench. Hearing adjourned.

Exhibits Admitted
G1 - Video Search of Hotel Room
G2 – Video Singletary Consent to Search Hotel Room
G3 – Video Busby Body Cam